# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

CTDC / NHCT
03-CV-303
Hon. Covello

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 27th day of December, two thousand and four,

**BEFORE:**  Honorable Wilfred Feinberg,
Honorable Chester J. Straub,
Honorable Reena Raggi,
*Circuit Judges.*



FILED DEC 2 7 2004

JEAN FILSAIME,
*Petitioner-Appellant,*

-v.-

JOHN ASHCROFT, U.S. Attorney General
*Respondent-Appellee*

Docket No. 03-2221

Appeal from the United States District Court for the District of Connecticut

This cause came on to be heard on the transcript of record from the United States District Court of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is VACATED and REMANDED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk of Court

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

By: _____
Arthur M. Heller, Motions Staff Attorney

ISSUED AS MANDATE:    APR 7 2005