UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEAN FILSAIME,
    Petitioner,

VS.

JOHN ASHCROFT, United States
Attorney General, et al.,
    Respondents.

2005 JUL 20 P 3: 47

Civil No. 3:03CR303(AVC)

### ORDER TO SHOW CAUSE

On December 27, 2004, the United States Court of Appeals for the Second Circuit rendered an order vacating a judgment of this court that denied the petitioner's emergency motion for stay of deportation and application for writ of habeas corpus.

In that order, the court of appeals noted that the petitioner had filed other applications for relief in other federal judicial districts, that the Western District of Louisiana had denied the application on the merits, and that in order to show entitlement to jurisdiction in this court, the petitioner must, as a threshold, demonstrate that "prior review of his final order of removal in the District Court for the Western District of Louisiana was 'inadequate or ineffective to test the validity of the [removal] order'. . . or that the petition submitted to [this court] raises issues that 'could not have been presented in the prior judicial proceeding.'" See Filsaime v. Ashcroft, 393 F.3d 315 (2d Cir. 2004) (citing 8 U.S.C. § 1252 (d)).

This court therefore orders the petitioner to show cause on

or before August 19, 2005 why prior review of the final order of removal in the District Court for the Western District of Louisiana was inadequate or ineffective to test the validity of the removal order or that the petition submitted to this court raises issues that could not have been presented in that prior judicial proceeding. The government shall have to and including September 9, 2005 to file an opposition brief.

It is so ordered this 19th day of July, 2005 at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge