UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEAN FILSAIME,
   Petitioner,

VS.

JOHN ASHCROFT, United States Attorney General, et al.,
   Respondents.

Civil No. 3:03cv303(AVC)

FILED 2005 AUG 24 P 4:52
U.S. DISTRICT COURT
HARTFORD, CT.

### ORDER OF DISMISSAL FOR FAILURE TO SHOW CAUSE

On July 19, 2005, the court ordered the petitioner to show cause on or before August 19, 2005 why prior review of the final order of removal in the District Court for the Western District of Louisiana was inadequate or ineffective to test the validity of the removal order or that the petition submitted to this court raises issues that could not have been presented in that prior judicial proceeding.

As of this day, the petitioner has failed to present a response to the order to show cause. The court therefore orders dismissal of the petition for failure to show cause.

It is so ordered this 24th day of August, 2005 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge